IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JOHN FREDDRICK WILLIAMS,

    Petitioner,

v.                                      CASE NO. 4:04cv353-MMP/AK

STATE OF FLORIDA, et al.,

    Respondents.
_____/

## **O R D E R**

This matter is before the Court on Doc. 18, Motion to Disqualify Judge and Motion for Reconsideration. Having carefully considered the matter, the motions are **DENIED**.

**DONE AND ORDERED** this  __2nd__  day of May, 2005.

                                *s/ A. KORNBLUM*
                                **ALLAN KORNBLUM**
                                **UNITED STATES MAGISTRATE JUDGE**