IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JOHN FREDDRICK WILLIAMS,

    Petitioner,

v.                                            CASE NO. 4:04-cv-00353-MP-AK

STATE OF FLORIDA, et al.,

    Respondents.

_____/

## REPORT AND RECOMMENDATION

By prior order, Petitioner was directed to show cause why the undersigned should not recommend dismissal of this case for failure to prosecute and to obey an order of this Court. Doc. 21. To date, Petitioner has remained silent, and thus, the Court has no hesitation in recommending dismissal.

Therefore, it is respectfully **RECOMMENDED** that this cause be **DISMISSED** pursuant to Fed. R. Civ. P. 41(b) for failure to prosecute and to obey an order of this Court.

**IN CHAMBERS** at Tallahassee, Florida, this **8th** day of September, 2005.

                                            **s/ A. KORNBLUM**
                                            **ALLAN KORNBLUM**
                                            **UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**