IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JOHN FREDDRICK WILLIAMS,

     Petitioner,

v.                                                CASE NO. 4:04-cv-00353-MP-AK

STATE OF FLORIDA, et al.,

     Respondents.

_____/

## O R D E R

This matter is before the Court on Doc. 22, Report and Recommendations of the Magistrate Judge, recommending that Doc. 12, Petitioner's Amended Petition for a Writ of Habeas Corpus, be dismissed pursuant to Fed R. Civ. P. 41 (b) for failure to prosecute.  The Magistrate Judge filed the Report and Recommendation on Thursday, September 8, 2005. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections.  Pursuant to Title 28, United States Code, Section 636(b)(1), this Court must make a *de novo* review of those portions to which an objection has been made.

In his report, the Magistrate recommended dismissing this cause since Petitioner has failed to respond to the Magistrate's prior order directing Petitioner to show cause as to why this case should not be dismissed for failure to prosecute and failure to obey previous orders of this Court.  Petitioner has filed an objection the Magistrate's Report and Recommendations, Doc. 24. Petitioner's objections, however, are completely incomprehensible.  Additionally, this Court finds no reason to depart from the Magistrate's Report and Recommendations.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.     The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.     Petitioner's Amended Petition for a Writ of Habeas Corpus, Doc. 12, is dismissed without prejudice.

**DONE AND ORDERED** this __*14th*__ day of October, 2005

_____*s/Maurice M. Paul*_____
Maurice M. Paul, Senior District Judge