IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JOHN FREDDRICK WILLIAMS,

    Plaintiff,

v.                                        CASE NO. 4:04-cv-00353-MP-AK

STATE OF FLORIDA, et al.,

    Defendants.

_____/

## **O R D E R**

This matter is before the Court on Doc. 31, Motion for Recusal filed by John Freddrick Williams. For the same reasons stated in the previous order denying such request, Doc. 30, plaintiff's motion is denied.

**DONE AND ORDERED** this *16th* day of May, 2006

                                        *s/Maurice M. Paul*
                            Maurice M. Paul, Senior District Judge